No. 74–5672.  EDWARDS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5675.  LAYNE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–5693.  RICHERSON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5697.  JOHNSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–5699.  FRAZIER *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 74–5705.  CLARK *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 74–5709.  MOSLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5713.  CRAFT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5723.  BROWER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5715.  STROTHER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5722.  LEVIN *v.* UNITED STATES; and
No. 74–5742.  WHITE ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.